PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Brenda Insalaco  Cr.: 01-00384-001

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 10/16/01

Original Offense: Unauthorized Use of Access Devices

Original Sentence: 5 years probation

Type of Supervision: Probation  Date Supervision Commenced: 10/16/01

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 9, 2006, the offender was arrested by the Tinton Falls Police Department and charged with Engaging in Prostitution and Promoting Prostitution. |

U.S. Probation Officer Action:
Offender was cautiously admonished pertaining to her conduct and for not reporting same to her P.O. Offender continues to suffer from Bi-Polar Disorder and Depression. Ms. Insalaco has a history of suicide attempts and periods of mental instability. The conditions of supervision were reiterated and a copy given to her.

Respectfully submitted,
By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 03/28/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4-5-06
Date